UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN BICKHART<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CARPENTERS HEALTH AND WELFARE FUND OF PHILADELPHIA AND VICINITY, *et al.*,<br><br>　　　　　Defendants. | NO. 15-5651 |

**ORDER**

Upon consideration of the Motion to Dismiss Defendants' Counterclaims filed by Plaintiff John Bickhart and any response thereto, it is this ⟨12th⟩ day of ⟨September⟩, 2016, by the United States District Court for the Eastern District of Pennsylvania,

ORDERED that the Motion to Dismiss [Doc 4] IS DENIED WITH LEAVE TO RENEW AS A DISPOSITIVE MOTION FOR SUMMARY JUDGMENT ON OCTOBER 31, 2016.

~~ORDERED that Defendants' Counterclaims are DISMISSED.~~

_____
United States District Court Judge
JEFFREY L. SCHMEHL, J.

{00025926.DOCX}